FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN -8 A 10 20

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) <br>v. )<br>)<br>RODNEY H. STRICKLAND, )<br>STEVEN D. BARBER, )<br>LISA SCOTT and )<br>JENNIFER PROPES ) | CASE NO. CR505-002 |

## ORDER

The Court has been advised that all motions filed in this case by Rodney H. Strickland have been resolved except his Motion for a New Attorney.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 8th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE