IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CASE NO. CR505-002 |
| v.       ) | |
| ) | |
| RODNEY H. STRICKLAND  ) | |

## ORDER

The United States Probation Office filed a Report alleging that Defendant Rodney H. Strickland violated the conditions of his pre-trial and post-plea release. On August 15, 2006, the undersigned held a hearing to determine if Strickland had violated the terms and conditions of his release. After hearing evidence, the Court determines that Rodney H. Strickland violated the conditions of his release. Accordingly, Strickland's release is **revoked**.

**SO ORDERED**, this 17th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)